## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| **SINGH & SINGH, LLC d/b/a ECONO LODGE STEPHENVILLE,** | § § § | |
| **Plaintiff,** | § § § | |
| **vs.** | § § | |
| **BERKLEY ASSURANCE COMPANY, GENTRY & ASSOCIATES CLAIMS SERVICE LLC d/b/a NCA GROUP, and JOE DAVIDSON,** | § § § § § | **Civil Action No. 4:16-cv-00481-O** |
| **Defendants.** | § § | |

## ORDER

Before the Court is the Parties' Agreed Motion to Dismiss with Prejudice (ECF No. 52), filed October 12, 2017. The Court, having considered the motion filed pursuant to Federal Rule of Civil Procedure 41(a)(2), is of the opinion that the Motion is well taken, and should be and is hereby **GRANTED.**

It is, therefore, **ORDERED, ADJUDGED AND DECREED** that the above-entitled and number action, and all claims that were or could have been raised herein, are **DISMISSED with prejudice** to the refiling of the same. The Parties will each bear their own attorneys' fees and costs.

**SO OREDERED** this **19th day** of **October, 2017.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE